**Order entered November 4, 2013**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01387-CV

### IN THE INTEREST OF E.A.E., MINOR CHILD

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-30016-2009**

## ORDER

We **GRANT** the court reporter's October 30, 2013 request for extension of time to file

the reporter's record and **ORDER** the record be filed no later than December 4, 2013.


/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE